■ In the Matter of WESLEY VAUGHN, Petitioner, v DONALD SELSKY, as Director of Special Housing/Inmate Disciplinary Programs, Respondent. [769 NYS2d 415]—CPLR article 78 proceeding transferred to this Court by an order of Supreme Court, Oneida County (Siegel, J.), entered April 1, 2003, seeking review of a determination after a Tier III hearing.

It is hereby ordered that said proceeding be and the same hereby is unanimously dismissed without costs as moot (*see Matter of Free v Coombe*, 234 AD2d 996 [1996]). Present— Green, J.P., Scudder, Gorski, Lawton and Hayes, JJ.